No. 76–6494.  CAMERON *v.* CAIN ET AL.  Appeal from Sup. Ct. Ala. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. ————.  PENN CENTRAL CO. ET AL. *v.* U. S. RAILWAY ASSN. ET AL.  Sp. Ct., R. R. R. R. A.  Motions of the United States and United States Railway Assn. to dismiss appeals granted.  Appeals dismissed.█ *United States* v. *Crescent Amusement Co.,* 323 U. S. 173, 177 (1944).

No. A–930.  EXXON CORP. *v.* FEDERAL TRADE COMMISSION ET AL.;

No. A–931.  KERR-McGEE CORP. *v.* FEDERAL TRADE COMMISSION ET AL.; and

No. A–932.  UNION CARBIDE CORP. *v.* FEDERAL TRADE COMMISSION ET AL.  Applications for stay pending appeal to the United States Court of Appeals for the District of Columbia Circuit, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.  MR. JUSTICE STEWART and MR. JUSTICE POWELL took no part in the consideration or decision of these applications.

No. 76–1349.  MAHER, COMMISSIONER OF SOCIAL SERVICES OF CONNECTICUT, ET AL. *v.* BUCKNER ET AL.  Appeal from D. C. Conn.  The Solicitor General is invited to file a brief in this case expressing the views of the United States.